Dismissed and Opinion filed October 24, 2002









Dismissed and Opinion filed October 24, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00704-CV

____________

 

STATE
OF TEXAS and HARRIS COUNTY, TEXAS, Appellants

 

V.

 

OLA
MAE SYNNOTT, INDIVIDUALLY, AND AS SOLE HEIR OF THE ESTATE OF
JAMES D. SYNNOTT, HOUSTON ARTS COMBINED ENDOWMENT FOUNDATION, CECIL A.
ALEXANDER, JR., TRUSTEE, THERESE ALEXANDER MILLKEY, TRUSTEE, JOHN HELTON,
TRUSTEE, JXB, L.P., RICHARD M. LANSBURGH, AS PERSONAL REPRESENTATIVE OF THE
ESTATE OF THERESE LANSBURGH, AND ANNETTE OPPENHEIM, Appellees

 



 

On Appeal from the County Civil Court at Law No. 4

Harris
County, Texas

Trial Court Cause Nos. 715,654 & 720,897 

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed March 26, 2002. 

On October 15, 2002, appellants filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is granted.

Accordingly, the appeal is ordered dismissed.  








 

PER CURIAM

Judgment rendered and Opinion
filed October 24, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P.
47.3(b).